UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHERINE A. WEINKAM,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC., a California Corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.: 3:17-cv-06524-JSC<br><br>**AGREED ORDER APPROVING SETTLEMENT AND GRANTING DISMISSAL** |

    Pursuant to Fed. R. Civ. P. 23 and 41(a)(2), plaintiff Katherine A. Weinkam requests to dismiss her action against defendant American Honda Motor Co. (AHM) in its entirety, with prejudice, following the parties' resolution of her claims. In support of this request, Ms. Weinkam, by and through her counsel, represents (with AHM's agreement) that 1) the parties know of no evidence of any other putative class members having the same or similar claims to what Ms. Weinkam has alleged, 2) they have no knowledge of any media coverage of this action or these claims, 3) they have no knowledge of any absent class members relying on the filing of this action, 4) they are unaware of any putative class members facing any impending limitations-period expiration, and 5) there was no collusion nor were there any concessions of putative class interests by Ms. Weinkam to further her own interests.

    Based on these representations of counsel, the Court's *in camera* review of the terms of the parties' Confidential Settlement Agreement and Release, and in light of the other facts

concerning the merits of this action that have been made aware to the Court in the parties' filings, the Court finds that the settlement and dismissal with prejudice of plaintiff Weinkam's claims against AHM are appropriate, that no putative class members would be prejudiced by the dismissal of this action with prejudice, and that no notice of this settlement and dismissal is therefore necessary or required. *See Diaz v. Trust Territory of Pac. Islands*, 876 F.2d 1401 (9th Cir. 1989); *Tombline v. Wells Fargo Bank, N.A.*, No. 13-CV-04567-JD, 2014 WL 5140048 (N.D. Cal. Oct. 10, 2014).

It is therefore ORDERED that the parties' settlement is approved, that plaintiff Weinkam's request is GRANTED, and that this action is hereby DISMISSED WITH PREJUDICE.

Date:   October 11, 2018

GRANTED
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA